1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MARK H. LIPTON, State Bar No. 51010
EILEEN M. BISSEN, State Bar No. 245821
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: ebissen@neyhartlaw.com

**E-Filed 4/21/2010**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS DISTRICT 9
PENSION PLAN; NORTHERN
CALIFORNIA-NORTHERN NEVADA
SOUND & COMMUNICATION DISTRICT
No. 9 HEALTH & WELFARE TRUST
FUND; NORTHERN CALIFORNIA-
NORTHERN NEVADA SOUND &
COMMUNICATION DISTRICT No. 9
APPRENTICESHIP & TRAINING
COMMITTEE; JOHN O'ROURKE, as
Trustee of the above,

Plaintiffs,

vs.

METROPOLITAN NETCOMM, INC., a
California corporation,

Defendant.

Case No.  09-CV-05982-JF

[PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE

[Local Rule 7-11]

Courtroom:  3, 5th Floor
Location:    280 South 1st Street
             San Jose, CA 95113
Judge:       Hon. Jeremy Fogel

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 09-CV-05982-JF

1    Pursuant to Civil Local Rule 7-11, having considered the administrative motion papers

2 submitted by Plaintiffs, the Declaration of Eileen M. Bissen and the entire file in this action, and

3 GOOD CAUSE APPEARING,

4    IT IS ORDERED that the Case Management Conference scheduled for April 23, 2010, at

5 10:30 a.m. is hereby continued to _____June 11, 2010_____ at ___10:30 a.m.___.

6    IT IS SO ORDERED.

7

8

9 Dated: ___4/16/2010___    _____

10    UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 09-CV-05982-JF

PROOF OF SERVICE BY UPS

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104.  On April 15, 2010, I served the within:

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and overnight delivery, it is deposited, in the ordinary course of business, with the United Parcel Service ("UPS") in a sealed envelope with overnight charges thereon fully pre-paid.  I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for overnight delivery  on the date shown below with UPS at San Francisco, California, addressed as follows:

METROPOLITAN NETCOMM, INC.
c/o CARLOS GREEN
4741 PELL DRIVE, SUITE 1
SACRAMENTO, CA 95838

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 15, 2010, at San Francisco, California.

Eileen Bissen

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL

-3-

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 09-CV-05982-JF